# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARBEL YANETH RAMREZ-RAUDLES,<br><br>    Defendant. | Case No.: 18-CR-3227-RNB-WQH<br><br>**JUDGMENT and ORDER** |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 20, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court